December 11, 2009

Mr. Robert B. Gilbreath
Hawkins, Parnell & Thackston, LLP
Highland Park Place
4514 Cole Avenue, Suite 500
Dallas, TX 75205
Mr. Leslie Dean Pickett
Galloway Johnson Tompkins Burr & Smith
1301 McKinney, Suite 1400
Houston, TX 77010

RE: Case Number: 06-1018
 Court of Appeals Number: 14-05-00486-CV
 Trial Court Number: 2003-68937

Style: D.R. HORTON-TEXAS, LTD.
 v.
 MARKEL INTERNATIONAL INSURANCE COMPANY, LTD.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and enclosed
judgment in the above-referenced cause. You may obtain a copy of the
opinion at: http://www.supreme.courts.state.tx.us/historical/recent.asp.
If you would like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Guzman not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Ed Wells |
| |Mr. Robert A. |
| |Shults |
| |Mr. Charles |
| |Bacarisse |
| |Mr. Lee H. |
| |Shidlofsky |